UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUTHER D. GONZALEZ-HALL,

    Plaintiff,                                  No. 20-12912

v.                                          Honorable Nancy G. Edmunds

CITY OF DEARBORN, *et al.*,

    Defendants.
_____/

**ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS**

Plaintiff Luther D. Gonzalez-Hall brings this civil rights lawsuit against Defendants City of Dearborn, the Dearborn Police Department, and a number of Dearborn police officers. Plaintiff's complaint alleges violations of the United States Constitution and 42 U.S.C. § 1983. The complaint also brings state law claims of false arrest and false imprisonment, battery, gross negligence, and intentional infliction of emotional distress.

Since the parties to this matter are non-diverse, this Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims so as to avoid jury confusion. *See* 28 U.S.C. § 1367(c)(4); *Moor v. Cty. of Alameda*, 411 U.S. 693, 716 (1973); *Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994). Thus, pursuant to § 1367(c), all of Plaintiff's claims based on state law, including the state law claims found in Counts II, VII, VIII, and IX of his complaint, are hereby DISMISSED WITHOUT PREJUDICE. The Court will retain jurisdiction over Plaintiff's federal claims only.

SO ORDERED.

          s/Nancy G. Edmunds
          Nancy G. Edmunds
          United States District Judge

Dated: November 25, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 25, 2020, by electronic and/or ordinary mail.

          s/Lisa Bartlett
          Case Manager